United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                Case No. 22-00084-MJC
Karen Joan Mongi                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                            Page 1 of 2
Date Rcvd: Sep 22, 2023                   Form ID: pdf010                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

**Recip ID**               **Recipient Name and Address**
+                       Daryl J Monji, 368 High Point Road, Lehighton, PA 18235-4309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:**

**Name**                                    **Email Address**

Brian Nicholas
           on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com

Charles Laputka
           on behalf of Debtor 1 Karen Joan Mongi claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

Denise E. Carlon
           on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
           TWecf@pamd13trustee.com

James Randolph Wood
           on behalf of Creditor Public Asset Management Inc., as assignee of Panther Valley School District and Borough of Lansford jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

Michael Patrick Farrington
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mfarrington@kmllawgroup.com

Philip G. Curtin
on behalf of Creditor Diamond Credit Union philcurtin@pcdlaw.com mary@pcdlaw.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Joan Mongi<br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　　　　Movant<br>　　vs. | NO. 5:22-bk-00084 MJC |
| Karen Joan Mongi<br>　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Daryl J. Mongi<br>　　　　　　　　Co-Debtor | |
| Jack N. Zaharopoulos<br>　　　　　　　　Trustee | |

## ORDER

Upon consideration of the Stipulation filed at Dkt. #51 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 22, 2023