United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00084-MJC |
| Karen Joan Mongi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 19, 2024 | Form ID: nthrgreq | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

**Recip ID**    **Recipient Name and Address**
  +  Daryl J. Monji, 368 High Point Road, Lehighton, PA 18235-4309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

**Name**           **Email Address**

Brent J Lemon

    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com

Charles Laputka

    on behalf of Debtor 1 Karen Joan Mongi claputka@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Denise E. Carlon

    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor Public Asset Management Inc., as assignee of Panther Valley School District and Borough of Lansford jwood@portnoffonline.com, jwood@ecf.inforuptcy.com |
| Laura Egerman | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Philip G. Curtin | on behalf of Creditor Diamond Credit Union philcurtin@pcdlaw.com mary@pcdlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Karen Joan Mongi

**Debtor 1**

Chapter: 13

Case number: 5:22−bk−00084−MJC

Document Number: 61

Matter: Creditor's Certificate of Default and Debtor's Objection thereto

US Bank Trust National Association, Not In Its Individual Capacity But Soley As Owner Trustee For VRMTG Asset Trust
**Movant(s)**

vs.

Karen Joan Mongi
Daryl J. Monji (CoDebtor)
and
Jack N. Zaharopoulos (Trustee)
**Respondent(s)**

## Amended Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 20, 2022.

A hearing on the above referenced matter has been rescheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 9/10/24** <br> **Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 19, 2024 |

nthrgreq(02/19)