United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00084-MJC |
| Karen Joan Mongi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 18, 2024      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

**Recip ID**     **Recipient Name and Address**
  +    Daryl J Mongi, 368 High Point Road, Lehighton, PA 18235-4309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brent J Lemon
     on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com

Brent J Lemon
     on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com

Charles Laputka
     on behalf of Debtor 1 Karen Joan Mongi claputka@laputkalaw.com
     jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

James Randolph Wood

on behalf of Creditor Public Asset Management  Inc., as assignee of Panther Valley School District and Borough of Lansford jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

Laura Egerman

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com

Philip G. Curtin

on behalf of Creditor Diamond Credit Union philcurtin@pcdlaw.com  mary@pcdlaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen Joan Mongi<br>　　　　　Debtor(s)<br><br>US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>　　　　　Moving Party<br>vs.<br><br>Karen Joan Mongi<br>　　　　　Debtor(s)<br><br>Daryl J. Mongi<br>　　　　　Co-Debtor<br><br>Jack N. Zaharopoulos<br>　　　　　Trustee | CHAPTER 13<br><br>Case No. 5:22-bk-00084-MJC<br><br>11 U.S.C. Section 362 |

## ORDER

Upon consideration of the Stipulation filed at Dkt. # 72 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED** as to the signatories of the Stipulation. As the Co-Debtor has not executed the Stipulation, no relief is entered as to the Co-Debtor.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 15, 2024