UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania (Wilkes-Barre)

| | |
|---|---|
| In re: | Case No: 22-00084 |
| Karen Joan Mongi | Chapter: 13 |
| Debtors. | Judge: Mark J Conway |

## WITHDRAWAL OF TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that JPMorgan Chase Bank, National Association, through its attorneys, Randall S. Miller & Associates, LLC hereby withdraws the Transfer of Claim filed on July 25, 2025 as Document #77.

Dated: August 14, 2025

Respectfully Submitted,
Randall S. Miller & Associates, LLC

*/s/ Randall Miller*
Attorneys for Creditor
Randall S. Miller & Associates, LLC
43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 48302
248-335-9200
bankruptcy@rsmalaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

---

In Re:  Case No: 22-00084 - Chapter: 13
 Judge: Mark J. Conway

Karen Joan Mongi,

      Debtor

---

## CERTIFICATE OF SERVICE

---

    The undersigned states that on August 14, 2025, copies of the **Withdrawal of Transfer of Claim** were servedupon the following parties via first class mail, with proper postage affixed thereto the Debtors and via theCourt's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Karen Joan Mongi | Debtor's Attorney | Chapter 13 Trustee |
| 368 HIGH PT RD | Charles Laputka | Jack N. Zaharopoulos |
| LEHIGHTON, PA 18235 | 1344 W. Hamilton St. | 8125 Adams Drive, Suite A |
| | Allentown, PA 18102 | Hummelstown, PA 17036 |

U.S. TrusteeAsst. U.S. Trustee

1501 N. 6th St
Harrisburg, PA 17102

The above is true to the best of my information, knowledge and belief.

Signed: /s/ Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200