UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Karen J. Mongi, | No: 22-00084 |
| **Debtor** | CHAPTER 13 |

## NOTICE OF CHANGE OF ADDRESS

I, Charles Laputka, Esquire, hereby state that the Debtor, Karen J. Mongi's new address is:

> 1565 Municipal Rd,
> Lehighton, PA 18235

| | |
|---|---|
| Date: <u>October 13, 2025</u> | Laputka Law Office, LLC |
| | <u>/s/ Charles Laputka, Esquire</u><br>Charles Laputka, Esq.<br>Attorney for Debtor<br>PAID: 91984<br>1344 W. Hamilton St.<br>Allentown, PA 18102 |