**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: KAREN JOAN MONGI                    Case No. 5:22-BK-00084-MJC

        **Debtor**                                  CHAPTER 13

**CERTIFICATE OF NO OBJECTION AND**
**REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1.      The Motion for Sale of Real Property was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2.      No objections, responses, or requests for hearing on the Motion have been received, as of March 2, 2026, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Objection have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the Motion, granting the requested relief.

Dated: March 2, 2026                        /s/ *Charles Laputka, Esquire*
                                            CHARLES LAPUTKA, Esquire
                                            PA I.D. No. 91984
                                            1344 West Hamilton Street
                                            Allentown, PA 18102
                                            Phone: (610) 477-0155
                                            Facsimile: (484)350-3581