**IN RE:**

| | | |
|---|---|---|
| **KAREN JOAN MONGI,** | : | **Case No. 5:22-BK-00084-MJC** |
| | : | |
| **Debtor** | : | **Chapter 13** |

**************************************************************************

| | | |
|---|---|---|
| **KAREN JOAN MONGI,** | : | |
| | : | **Document No.** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| | : | |
| **Jack Zaharopoulos, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

**************************************************************************

## ORDER CONFIRMING SALE OF PROPERTY

AND NOW,  this _____ day of _____, 20__, on

consideration of the *Movant's Motion for Sale of Real Property* to **_Isaac Jorge Pena the_**

**_property located at 627 East Patterson Street, Lansford, Pennsylvania, 18232, Carbon County_**,

for **_$125,000.00_**, after hearing held in: (the Bankruptcy  Courtroom, Max Rosenn U.S.

Courthouse, 197 South Main Street, Room 274, Wilkes-Barre, PA 18701), this date, the Court

finds:

1.   That service of the notice of Hearing and Order setting hearing on said Motion

for private sale of real property of the above named Respondent, was effected on the following

secured creditor whose liens are recited in said Motion for private sale, viz:

| DATE OF SERVICE | NAME OF LIEN OR/AND SECURITY |
|---|---|
| February 6, 2026 | Jack Zaharopoulos, Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |
| February 6, 2026 | Terrance P. McCall, Tax Collector |

County of Carbon
1 West Ridge St
Lansford, PA 18232

February 6, 2026                Lansford Tax Collector
1 West Ridge Street
Lansford, PA 18232

2.   That sufficient general notice of said hearing and sale, together with the

confirmation hearing thereon, was given to the creditor(s) and parties in interest by the moving

party as shown by the certificate of service duly filed and that the named parties were duly

served with the Motion.

3.   That at the sale hearing, the highest/best offer received was that of the above

Purchaser(s) and no objections to the sale were made which would result in the cancellation of
said sale.

4.   That the price of *$ 125,000.00* offered by

**Isaac Jorge Pena** was a full and fair price for the property in question.

5.   That the Purchaser(s) has acted in good faith with respect to the within sale in

accordance with *In re: Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d., 143 (3rd Cir. 1986).

Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED**, that the sale
by Fee Simple Deed of Special Warranty of the real property described as 627 East Patterson
Street, Lansford, Pennsylvania, Carbon County 18232 is hereby **CONFIRMED** to ***Isaac Jorge
Pena* for *$125,000.00***;

The following liens will be paid at the time of closing:

- Chapter 13 Trustee Jack Zaharopoulos Approximately $17,812.14
  Actual amount to be determined prior to closing
- Lansford Tax Collector Approximately $1,158.94 – Actual amount to
  be determined prior to closing.
- Terrance P. McCall, Tax Collector County of Carbon Approximately
  $869.38 – Actual amount to be determined prior to closing.

The following expenses are to be paid at the time of closing:

- Any other closing items necessary to consummate this transaction.
- Realtor commission of 5.0% and any outstanding costs.
- Attorney fees to Laputka Law Office in the amount of $1,000.00.


**FURTHER ORDERED** that the following expenses/costs shall immediately be paid at the time of closing. ***Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions***, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order.


**FURTHER ORDERED** that:

1. ***Within seven (7) days of the date of this Order***, the Movant shall serve a copy of the within ***Order*** on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

2. ***Closing shall occur within Sixty (60) days of this Order.***

3. ***Within seven (7) days following the closing***, the Movant shall file a ***Report of Sale***, which shall include a copy of the HUD-1 or other Settlement Statement; and

4. This *Sale Confirmation Order* survives any dismissal or conversion of the within case.


**BY THE COURT:**